

# Memorandum

**To:** Honorable Mark L. Wolf, Senior U.S. District Judge
Honorable Judith G. Dein, U.S. Magistrate Judge

**From:** Julianne Robinson, U.S. Probation Officer

**CC:** Julie-Ann Olson, Esq.; Adam Deitch, AUSA

**Date:** April 3, 2023

**Re:** GRANT, Clark   Docket No.: 1:22CR10057

---

The purpose of this memorandum is to notify the Court that Mr. Grant passed away after sustaining injuries in a motorcycle accident.

Mr. Grant was arrested on October 19, 2021, after having been charged in an Indictment for 3 counts of Wire Fraud Conspiracy, in violation of 18 U.S.C. § 1349, Conspiracy, in violation of 18 U.S.C. § 371, Mail Fraud; Aiding and Abetting, in violation of 18 U.S.C. §§ 1341 and 2, 16 counts of Wire Fraud; Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2, Making False Statements to a Mortgage Lending Business; Aiding and Abetting, in violation of 18 U.S.C. §§ 1014 and 2, two counts of Filing False Tax Returns, in violation of 26 U.S.C. § 7206(1), two counts of Failure to File Tax Returns, in violation of 26 U.S.C. § 7203, Wire/Mail Fraud Forfeiture Allegation, in violation of 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461, and Mortgage Fraud Forfeiture Allegation, in violation of 18 U.S.C. § 982(a)(2)(A). Mr. Grant made his initial appearance and was released on that same date.

Since the time of his release, Mr. Clark was under the supervision of the U.S. Probation & Pretrial Services. This undersigned Probation Officer spoke to the Massachusetts State Police, who confirmed his passing and is currently still investigating the incident. Mr. Clark's supervision will be closed as of today.

Respectfully submitted by:

*/s/ Julianne Robinson*
Julianne Robinson
U.S. Probation Officer

Reviewed and approved by:

*/s/ Gina Affsa*
Gina Affsa
Supervisory U.S. Probation Officer

1