UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and<br>CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

## DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a), Joshua S. Levy, Attorney for the United States, acting under authority conferred by Title 28, United States Code, Section 515, hereby dismisses the case presently pending against Defendant Clark Grant. In support of this dismissal, the government states that Mr. Grant died on March 29, 2023.

Respectfully submitted,

4/7/23
Date

JOSHUA S. LEVY
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

Dustin Chao
Adam W. Deitch
Assistant United States Attorneys

Leave to File Granted:

_____
HON. MARK L. WOLF
United States District Judge

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Adam W. Deitch*
Adam W. Deitch
Assistant United States Attorney

Dated: April 7, 2023