UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

## DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a), Joshua S. Levy, Attorney for the United States, acting under authority conferred by Title 28, United States Code, Section 515, hereby dismisses the case presently pending against Defendant Clark Grant. In support of this dismissal, the government states that Mr. Grant died on March 29, 2023.

Respectfully submitted,

4/7/23
Date

JOSHUA S. LEVY
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

Dustin Chao
Adam W. Deitch
Assistant United States Attorneys

Leave to File Granted:

_____  May 24, 2023
HON. MARK L. WOLF
United States District Judge