```
              UNITED STATES DISTRICT COURT
             DISTRICT COURT OF MASSACHUSETTS
```

|                          |   |                  |
|--------------------------|---|------------------|
| **UNITED STATES**        | ) |                  |
|                          | ) |                  |
| **v.**                   | ) | 1:22-cr-10057-MLW |
|                          | ) |                  |
| **MONICA CANNON-GRANT**  | ) |                  |

### MOTION TO RESCHEDULE HEARING TIME

   NOW COMES the Defendant, MONICA CANNON GRANT, in connection with the above-captioned matter and respectfully requests that the hearing scheduled for Friday, July 14, 2023 be rescheduled from 10:30AM to 12 or 12:30PM.  As grounds, counsel for the Defendant has a motion to suppress marked no further continuances at 9:00AM in Brockton.  Counsel will be done by 11am and can be in Boston for 12 noon hearing.  In the alternative, the Defendant requests a new date to continue the hearing to accommodate defense counsel if the time cannot be adjusted. Defendant suggests 7/25 or 7/27 for hearing.

   WHEREFORE, the Defendant respectfully request that this motion be ALLOWED.

                                    Respectfully submitted,
                                    MONICA CANNON GRANT,
                                    By her attorney,

                                    */s/ CLMALCOLM*
                                    _____
                                    Christopher L. Malcolm
                                    BBO No.: 684440
                                    266 Willowgate rise
                                    Holliston, MA 01746
                                    617-645-0089
Date:  July 13, 2023                clmalcolm@gmail.com

1

**CERTIFICATE OF SERVICE**

    I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to reschedule by email and electronic notice on the US Attorney's Office.

Date:   7/13/23

*/s/ CLMALCOLM*
_____
Christopher L. Malcolm