

# Memorandum

**To:**   The Honorable Judith G. Dein, U.S. Magistrate Judge

**From:**   Julianne Robinson, U.S. Probation Officer

**CC:**   Dustin Chao, AUSA; Christopher Malcolm, Defense Counsel

**Date:**   July 21, 2023

**Re:**   Monica Cannon Grant 1:22CR10057

---

On March 15, 2022, the above-named defendant appeared before Your Honor for Initial Appearance having been named in an Indictment charging Counts 1-3 of Wire Fraud Conspiracy, in violation of 18 U.S.C.§ 1349, Count 4 Conspiracy, in violation of 18 U.S.C. §371, Count 5 Mail Fraud; Aiding and Abetting, in violation of 18 U.S.C §§ 1341 and 2, Counts 6-22 Wire Fraud; Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2, Count 23 Making False Statements to a Mortgage Lending Business; Aiding and Abetting, in violation of 18 U.S.C. §§ 1014 and 2, Counts 24-25 Filing False Tax Returns, in violation of 26 U.S.C. § 7206(1). On that date, the court agreed to release the defendant with the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Do not apply for, or facilitate the application for, any loans or grants unless approved by the Court.
3. Do not apply for, or facilitate the application for, any unemployment benefits unless approved by the Court.
4. You are prohibited from engaging in any employment, volunteer, or unpaid positions that allow you to have access to monetary funds, disbursement of monetary funds, salary payment, or any other fiduciary responsibilities.

On July 14, 2023, the defendant appeared before Your Honor for a Show Cause Hearing that was requested by the government to address violations of the release conditions. Your Honor found there was a clear violation of the conditions of release. The defendant was released on all previous conditions with the addition of the following conditions:

1. The defendant shall not have access to her father's benefit payments
2. The defendant must find a new fiduciary for her father that is approved by the government
3. The defendant must provide monthly bank statements to probation verifying she has no access to her father's benefits.
4. The defendant may seek leave of the court if she needs to use her father's funds for her family necessities.

Should Ms. Monica Cannon Grant commit any violations, Your Honor will be notified promptly. If Your Honor concurs with the modification of release conditions, please endorse your signature below.

ORDER OF THE COURT:

1

[X] I concur, conditions are ordered as proposed

[ ] Other:_____

_____
The Honorable Judith G. Dein
U.S. Magistrate Judge

___**Jul 21, 2023**_____
Date

● Page 2