UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
22-10057-MLW

UNITED STATES OF AMERICA
v.

MONICA CANNON-GRANT

**ORDER ON EXCLUDABLE TIME**
July 26, 2023

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendant requires time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. I further find that not granting this continuance would deny counsel for both the government and the defendant a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Excludable time shall enter for July 26, 2023 (the date the last order of excludable time expired) through the initial status conference before the District Judge. Based on the orders of March 29, 2022, May 23, June 24, August 24, October 25, December 22, 2022, March 20, 2023, May 19, June 20, 2022 and this order, as of the initial status conference before the District Judge there will be 0 days of non-excludable time and 70 days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge