```
                    UNITED STATES DISTRICT COURT
                    DISTRICT COURT OF MASSACHUSETTS
```

_____)
                                )
**UNITED STATES**               )
                                )
**v.**                          )      DOCKET. 1:22-CR-10057
                                )
**MONICA CANNON-GRANT**         )
_____)

## MOTION TO CONTINUE

   NOW COMES the Defendant MONICA CANNON-GRANT by and though his attorney, and respectfully request this Honorable Court continue the above matter from 1/3/24 for Pretrial hearing for 60 days or more.  As grounds, the defense attorney is on trial in Essex Superior Court Lawrence Division on the matter Commonwealth v. Leonel Gonzalez, docket 2077CR230; a co-defendant drug trafficking case with Jennifer Kyminas as the co-defendant. This case is in Courtroom 4 of Lawrence Superior before Honorable J. Tabit.

      WHEREFORE the Defendant requests that this motion be ALLOWED and a continuance be granted.

                                Respectfully submitted,
                                The Defendant,
                                By her attorney,


                                **/s/ *CLMALCOLM***
                                _____
                                Christopher L. Malcolm
                                BBO 684440
                                266 Willowgate Rise
                                Holliston, MA 01746
                                617-645-0089
                                clmalcolm@gmail.com

Date: 1/2/24

## Certificate of Service

I hereby certify that I sent this motion to continue to the Prosecutor's Office for the United States by email this date.

Date: 1/2/24                                      /s/ *CLMALCOLM*
                                                  _____
                                                  Christopher L. Malcolm