UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MONICA CANNON-GRANT,

Defendant.

Case No. 22-CR-10057-AK

# JOINT STATUS REPORT

In accordance with the Court's Order dated January 11, 2024 (Dkt. No. 144), the parties submit this joint status report regarding excluded time under the speedy trial act, any outstanding motions, and any other matter that requires the Court's attention.

**Speedy Trial Act**

On July 26, 2023, Magistrate Judge Dein filed a Report and Order on Final Status Conference summarizing the status of the case, as well as an Order on Excludable Delay extending the exclusion of time, with agreement of the parties, from July 26, 2023 through the initial status conference before the District Judge. Dkt. Nos. 129-130. As of that date, all of the time from the filing of the indictment on March 14, 2022 was excluded. The parties request that the exclusion of time be formally extended from July 26, 2023 through February 9, 2024, the date of the next scheduled status conference, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**Outstanding Motions**

In light of the Court's Order entered on January 18, 2024 (Dkt. No. 145), there are no motions pending before the Court. There are no outstanding or anticipated disputes with respect to discovery, and the defendant has not filed any dispositive motions.

**Other Matters**

The parties expect to request a trial date from the Court at the hearing scheduled for February 9, 2024.

Respectfully submitted,

| MONICA CANNON-GRANT, | UNITED STATES OF AMERICA, |
|---|---|
| By her attorney, | By its attorney, |
| /s/ *Christopher L. Malcolm*<br>Christopher L. Malcolm<br>Law Office of C. L. Malcolm<br>15 Court Square, Suite 1150<br>Boston, MA 02108<br>clmalcolm@gmail.com<br>617-645-0089 | JOSHUA S. LEVY<br>Acting United States Attorney<br><br>/s/ *Adam W. Deitch*<br>Dustin Chao<br>Adam W. Deitch<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>dustin.chao@usdoj.gov<br>adam.deitch@usdoj.gov<br>617-748-3100 |

Dated:  January 19, 2024

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Adam W. Deitch*
                                                    Adam W. Deitch
                                                    Assistant United States Attorney

Dated:  January 19, 2024