UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>Defendant. | Case No. 22-CR-10057-AK |

**GOVERNMENT'S PROPOSED PRETRIAL DISCLOSURE AND FILING DATES**

In an effort to comply with the Court's instructions during the status conference held on July 17, 2024 (*see* Dkt. No. 157), the government submits the following proposed deadlines for pretrial filings and disclosures, in advance of the trial in this matter scheduled for December 2, 2024. The Court instructed the parties to file a joint proposed scheduling order; however, the government contacted defense counsel, Christopher L. Malcolm, by email on July 22, 2024 (with proposed dates) and July 23, 2024 (to further solicit a response) but has received no reply to date.

| Category | Proposed Deadline |
|---|---|
| Trial Date | December 2, 2024 |
| Disclosure of Experts | Government: 45 days before trial (October 18, 2024)<br>Defense: 30 days before trial (November 4, 2024) |
| Summary Witness Disclosures and Charts | Government: 30 days before trial (November 4, 2024)<br>Defense: 2 weeks before trial (November 18, 2024) |
| Exculpatory Information under Rule 116.2 that has not been produced | 60 days before trial (October 3, 2024) |

| | |
|---|---|
| Rule 404(b) Disclosures | 45 days before trial (October 18, 2024) |
| Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in-chief | 30 days before trial (November 4, 2024) |
| Motions in Limine, oppositions, replies, sur-replies | 45 days before trial (October 18, 2024), oppositions due 2 weeks thereafter, replies 1 week thereafter, sur-replies 1 week thereafter |
| Proposed Jury Instructions | 3 weeks before trial (November 12, 2024) |
| Proposed Voir Dire | 30 days before trial (November 4, 2024) |
| Trial Brief | 3 weeks before trial (November 12, 2024) |
| Government Exhibit List | 30 days before trial (November 4, 2024) |
| Defense Exhibit List | 30 days before trial (November 4, 2024) |
| Objections to Govt Exhibit List | 3 weeks before trial (November 12, 2024) |
| Objections to Defense Exhibit List | 3 weeks before trial (November 12, 2024) |
| Government Witness List | 30 days before trial (November 4, 2024) |

| | |
|---|---|
| Defendant's Witness List | 2 weeks before trial (November 18, 2024) |

        Respectfully submitted,

        UNITED STATES OF AMERICA,

        By its attorney,

        JOSHUA S. LEVY
        Acting United States Attorney


        */s/ Adam W. Deitch*
        Dustin Chao
        Adam W. Deitch
        Assistant United States Attorneys
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        dustin.chao@usdoj.gov
        adam.deitch@usdoj.gov
        617-748-3100

Dated:  July 24, 2024

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                        */s/ Adam W. Deitch*
                                                                        Adam W. Deitch
                                                                        Assistant United States Attorney

Dated:  July 24, 2024