UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | DOCKET |
| **v.** | ) | 1:22-cr-10057-AK |
| | ) | |
| **MONICA CANNON GRANT** | ) | |

## MOTION TO CONTINUE HEARING

NOW COMES the Attorney for Record for the Defendant, Monica Cannon Grant, in the above-captioned matter and requests that this Honorable Court continue the hearing set for 3:00pm on August 23, 2024 to the afternoon of September 4, 2024 at 3:00pm or a new date that is available for the Court and all parties. As grounds, the Defendant's hearing was rescheduled from August 12, 2024 to August 23, 2024 so the Defendant could be present as the parties were advised she was not available.

Counsel for Defendant is now doubled booked tomorrow with a schedule conflict in Middlesex Superior Court and. The Clerk for Honorable J. Haggan reached out today seeking a hearing on two cases to address issues pretrial and motions in limine for the matters known as *Commonwealth v. Heyron Lugo* and *Commonwealth v. Derrick Coulanges*. The cases are scheduled for trial on August 27, 2024 and marked "priority". Mr. Coulanges was recently sentenced to 42 months incarceration by the United States District

Court – District of Massachusetts.  The parties are trying to resolve the case prior to trial, and the Court ordered a hearing to address both matters before Tuesday's trial date - August 27, 2024.  The assigned prosecutor is not available tomorrow morning, so the Court accommodated the assigned prosecutor's schedule by setting the hearing on both cases tomorrow afternoon – August 23, 2024.

Accordingly, the Counsel of Record for Defendant respectfully requests a short continuance to the afternoon of September 4, 2024.  If that is not available, then counsel suggests the afternoon August 30, 2024.  *If* the requests are denied, then counsel hereby respectfully requests permission to participate in this hearing remotely via Zoom at 1pm, 1:30pm, or another set time in the afternoon of August 23rd as late in the afternoon as the Court will permit.

WHEREFORE, the Defendant respectfully requests that this motion be ALLOWED.

> Respectfully submitted,
> By Defendant's Attorney,
>
> **/s/ CLMALCOLM**
> _____
> Christopher L. Malcolm
> BBO 684440
> 185 Devonshire Street Suite 302
> Boston, MA 02110
> 617-645-0089
> clmalcolm@gmail.com

Date:   August 22, 2024
        (served this date on the prosecutor by email & efile)