UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>    Defendant. | Criminal No. 1:22-cr-10057-AK |

### DEFENDANT'S ASSENTED TO MOTION TO CONTINUE TRIAL

The defendant, through undersigned counsel ("Counsel"), respectfully moves to continue the trial which is currently scheduled for December 4, 2024.  In support of this Motion the defendant states that undersigned counsel was appointed on August 28, 2024, to represent the defendant.  Counsel has received voluminous discovery materials from the government and has begun the review process.  Counsel understands that there are additional voluminous documents which need to be reviewed.  Counsel and the government have met to streamline the preparation process.  While the government was very helpful and courteous, Counsel does not believe that the process can be sufficiently streamlined such that Counsel can be prepared by the scheduled trial date in light of the voluminous materials involved.

The government assents to this motion.

Respectfully submitted,

/s/ *George W. Vien*
George W. Vien (BBO # 547411)
Emma Notis-McConarty (BBO # 696405)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880

2

gwv@dcglaw.com
enm@dcglaw.com

Dated: October 2, 2024

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for the parties have conferred in good faith and in an effort to resolve or narrow the issues raised by this Motion. The government assents to this Motion.

/s/ *George W. Vien*
George W. Vien

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on October 2, 2024.

/s/ *George W. Vien*
George W. Vien