UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>Defendant. | Case No. 22-CR-10057-AK |

**PROPOSED PRETRIAL DEADLINES**

Pursuant to the Court's request, the parties submit the following proposed deadlines for pretrial filings and disclosures, in advance of the trial in this matter scheduled for October 14, 2025:

| Category | Proposed Deadline |
|---|---|
| Trial Date | October 14, 2025 |
| Disclosure of Experts | Government: 45 days before trial (September 2, 2025)<br>Defense: 30 days before trial (September 15, 2025) |
| Summary Witness Disclosures and Charts | Government: 30 days before trial (September 15, 2025)<br>Defense: 2 weeks before trial (September 30, 2025) |
| Exculpatory Information under Rule 116.2 that has not been produced | 60 days before trial (August 15, 2025) |
| Rule 404(b) Disclosures | 45 days before trial (September 2, 2025) |

| | |
|---|---|
| Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its case-in-chief | 30 days before trial (September 15, 2025) |
| Motions in Limine, oppositions, replies, sur-replies | 45 days before trial (September 2, 2025), oppositions due 2 weeks thereafter, replies 1 week thereafter, sur-replies 1 week thereafter |
| Proposed Jury Instructions | 3 weeks before trial (September 23, 2025) |
| Proposed Voir Dire | 3 weeks before trial (September 23, 2025) |
| Trial Brief | 3 weeks before trial (September 23, 2025) |
| Government Exhibit List | 30 days before trial (September 15, 2025) |
| Defense Exhibit List | 30 days before trial (September 15, 2025) |
| Objections to Govt Exhibit List | 2 weeks before trial (September 30, 2025) |
| Objections to Defense Exhibit List | 2 weeks before trial (September 30, 2025) |
| Government Witness List | 30 days before trial (September 15, 2025) |
| Defense Witness List | 2 weeks before trial (September 30, 2025) |

Respectfully submitted,

| MONICA CANNON-GRANT, | UNITED STATES OF AMERICA, |
|---|---|
| By her attorneys, | By its attorney, |
| /s/ George W. Vien<br>George W. Vien<br>Emma Notis-McConarty<br>Donnelly, Conroy & Gelhaar LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>gwv@dcglaw.com<br>enm@dcglaw.com<br>617-720-3554 | LEAH B. FOLEY<br>United States Attorney<br><br>/s/ Adam W. Deitch<br>Dustin Chao<br>Adam W. Deitch<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>dustin.chao@usdoj.gov<br>adam.deitch@usdoj.gov<br>617-748-3100 |

Dated:  June 4, 2025

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Adam W. Deitch*
                                                Adam W. Deitch
                                                Assistant United States Attorney

Dated: June 4, 2025