**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>Defendant. | Criminal No. 1:22-cr-10057-AK |

**UNOPPOSED MOTION OF MONICA CANNON-GRANT**
**TO SEAL DOCUMENTS AT DOCKET NUMBERS 235 & 236**

Monica Cannon-Grant respectfully moves to seal the documents currently available to the public at docket numbers 235 and 236. The government does not object to this request. As grounds for this motion, Ms. Cannon-Grant states that the Request to Temporarily Suspend Home Detention with Location Monitoring and corresponding order (Dkt Nos. 235, 236) contain highly sensitive medical information that is not appropriate for public disclosure.

Pursuant to Local Rule 7.2, Ms. Cannon-Grant further moves that this Order remain in effect until further Order of the Court.

Respectfully submitted,

Dated: April 15, 2026

/s/ *Emma Notis-McConarty*
George W. Vien (BBO # 547411)
Emma Notis-McConarty (BBO # 696405)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com
enm@dcglaw.com

1

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Ms. Cannon-Grant conferred in good faith with counsel for the government and the government does not object to the relief requested in this motion.

/s/ *Emma Notis-McConarty*
Emma Notis-McConarty

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on April 15, 2026.

/s/ *Emma Notis-McConarty*
Emma Notis-McConarty

2